United States District Court
Southern District of Texas
**ENTERED**
December 20, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| VONICE L. KING, (TDCJ–CID #01862786) Plaintiff, | § CIVIL ACTION NO. § 4:21–cv–0076 § § § |
| vs. | § JUDGE CHARLES ESKRIDGE § § |
| ELVIS CONNOR, *et al.*, Defendants. | § § |

**ORDER OF DISMISSAL**

This civil action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Memorandum on Dismissal entered this same date.

SO ORDERED.

Signed on December 20, 2021, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge